NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-1403

PROMETHEUS LABORATORIES, INC.,

Plaintiff-Appellant,

v.

MAYO COLLABORATIVE SERVICES (doing business as Mayo Medical Laboratories) and MAYO CLINIC ROCHESTER,

Defendants-Appellees.

Appeal from the United States District Court for the Southern District of California in case no. 04-CV-1200, Judge John A. Houston.

ON MOTION

Before NEWMAN, Circuit Judge.

## ORDER

Mayo Collaborative Services et al. (Mayo) move for leave to file a supplemental joint appendix. Prometheus Laboratories, Inc. opposes. Mayo replies.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)    The motion is granted.

(2)    A copy of this order shall be transmitted to the merits panel assigned to hear this case.

**MAY 1 8 2009**

_____
Date

FOR THE COURT

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk



FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 1 8 2009

JAN HORBALY
CLERK

cc: Richard P. Bress, Esq.
Jonathan E. Singer, Esq.
Katherine J. Strandburg, Esq.

s17